[Hillsborough, June, 1883.]

Egan & a. v. Division No. 1, Ancient Order of Hibernians.

Petition for a mandamus to restore the plaintiffs to membership in the Ancient Order of Hibernians. Facts found by a referee.

*J. P. Bartlett*, for the plaintiffs.

*Sulloway, Topliff & O'Connor*, for the defendants.

Stanley, J. As the plaintiffs were expelled without the trial to which they were entitled under the defendants' constitution, the case is continued to await the result of such a trial.

All concurred.

Upon trial before the tribunal of the association, the plaintiffs were reinstated, and this action was discontinued.